UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ANITA RUSSELL,

Plaintiff,

v.

No. 5:26-CV-165-H

TEXAS TECH UNIVERSITY, et al.,

Defendants.

**ORDER**

On August 13, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that Anita Russell's application to proceed *in forma pauperis* (IFP) be denied. Dkt. No. 8. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Anita Russell's IFP application is denied. Russell is ordered to pay the $405.00 filing fee for this action on or before September 16, 2026.

So ordered on September 2, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE